*Original*

United States District Court
For the Eastern District of Missouri

Kim Webb
versus
Suddenlink
Communications

Civil Action
#

Civil Complaint

Now before this Court comes ye the Plaintiff Kim Webb in the Above listed Civil Complaint Stating that through the Negilent Actions of the Defendant Suddenlink Communications, that he has Been Damaged. The Plaintiff States that on or About July 5, 2010 he learned of a erroneous listing of his Credit Report that Shows he owes Suddenlink Communications a total #139.90 in U.S. Dollars for non-paid Services on Acct # 263428508 ($76.75) And Acct # 264006505 (63.15) for Services at Addresses in Alexandria, LA

that he has never Occupied or Authorized Installation or Usage 4305 Lincoln RD Alexandria LA 71302 - Acct # 26400650 5, 2943 Locust St Alexandria, LA 71302 # 263428508. Plaintiff states on Numerous Occassions he has attempted to Verbally resolve this "error" by calling (318) 640-2892 and 1-800-490-9604, and by also writing the Suddenlink Regional H.Q in Tyler, Tx and the Pineville, LA office as well. Plaintiff states All his efforts were "never" responded to and have Exited Plaintiff further states that he has had Service at 3521 Hollywood Dr Alexandria, Louisiana 71302 but that Service is paid in full with a Refund Issued by Suddenlink Communications

Damages

Plaintiff states that the erroneous Reporting of these

Accounts has Damaged further And or hindered his Attempt at Re-building his Credit Plaintiff Seeks $1,000 U.S. Dollars for Damages under 15 USC 1681 Section # 617.

Jurisdiction & Subject Matter.

Plaintiff States Jurisdiction is proper in this Court under 15 USC 1681 et seq Section #618 And that Subject matter is also proper under 28 USC 1331 And or 15 USC 1681 et seq.

Signed this 25th Day of 2010 At Little Rock, Arkansas

By Jon A. Webb
Plaintiff Pro-se